FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACOB JOHNSTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN/JANE DOE 1-4,<br><br>　　　　　　　　　Defendants. | NO:  4:25-CV-05054-RLP<br><br>ORDER DISMISSING ACTION |

Before the Court is Plaintiff's *pro se* Motion titled, "Dismissal Request Do Out of East District Jurisdiction," construed as a Motion to Voluntarily Dismiss. ECF No. 5. Plaintiff, an individual incarcerated at the Washington State Penitentiary, submitted a civil rights complaint on May 2, 2025. ECF No. 1. He did not pay the filing fee or seek leave to proceed *in forma pauperis*. Defendants have not been served.

Plaintiff indicates that his case was intended to be filed in the Western District of Washington. ECF No. 5 at 1. Having shown good cause, the Court finds

ORDER DISMISSING ACTION -- 1

it appropriate to grant Plaintiff's Motion and to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a).

According, **IT IS ORDERED:**

**1.** The construed Motion to Voluntarily Dismiss, **ECF No. 5**, is **GRANTED**.

**2.** This action is **DISMISSED** without prejudice to Plaintiff filing a new and separate action in the Western District of Washington.

**3.** All other pending Motions, **ECF Nos. 2 and 3**, are **DENIED AS MOOT.**

**4.** The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, **enter judgment,** provide copies to Plaintiff, and **CLOSE** the file.

**DATED** May 9, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 2